UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID AUGUST KILLE, SR., <br><br> Petitioner, <br> v. <br> BRIAN WILLIAMS, et al., <br><br> Respondents. | Case No. 2:17-cv-01805-RFB-NJK <br><br> ORDER |

Respondents' motion for enlargement of time (ECF No. 10) is GRANTED. Respondents shall have to and including October 4, 2018, within which to file a response to the first amended petition for writ of habeas corpus in this case.

DATED THIS 27th day of August, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1