UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID AUGUST KILLE, SR., | Case No. 2:17-cv-01805-RFB-NJK |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents' second motion for enlargement of time (ECF No. 12) is GRANTED. Respondents shall have to and including October 25, 2018, within which to file a response to the first amended petition for writ of habeas corpus in this case.

DATED this 5th day of October, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1