UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID AUGUST KILLE, SR., <br><br> Petitioner, <br> v. <br><br> BRIAN WILLIAMS, et al., <br><br> Respondents. | Case No. 2:17-cv-01805-RFB-NJK <br><br> **ORDER** |

Good cause appearing, Petitioner's Motion for Extension of Time (ECF No. 30) is GRANTED. Petitioner will have 45 days from the date of entry of this order to renew his motion for stay and abeyance or seek other appropriate relief in accordance with the Court's May 13, 2019 Order (ECF No. 23). Failure to do so will result in the dismissal of the unexhausted petition without prejudice and without further advance notice.

DATED this 7th day of October 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1